| | |
|---|---|
| 1 | BRIAN P. CLARK |
| | Nevada Bar No. 4236 |
| 2 | LUKAS B. McCOURT |
| | Nevada Bar No. 11839 |
| 3 | CLARK MCCOURT |
| | 7371 Prairie Falcon Road, Ste. 120 |
| 4 | Las Vegas, Nevada 89128 |
| | Telephone: (702) 474-0065 |
| 5 | Facsimile: (702) 474-0068 |
| | bpc@clarkmccourt.com |
| 6 | lmccourt@clarkmccourt.com |
| | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY BENNETT, individually, | Case No. 2:16-cv-00021-JAD-VCF |
| Plaintiff, | |
| v. | ECF No. 37 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, individually; and DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO BIFURCATE TRIAL (First Request)**

Pursuant to LR-6-1, Plaintiff Jeffrey Bennett and Defendant Allstate Fire and Casualty Insurance Company, by and through their respective counsel of record, respectfully submit the following stipulation requesting a two week extension for Plaintiff to file his Response To Defendant's Motion To Bifurcate Trial, to and including May 5, 2017. Defendant's motion was filed April 6, 2017. In support of this Stipulation, the parties state as follows:

**I.    Introduction**

Plaintiff is a first party claimant for underinsured motorist benefits under a policy of insurance with Defendant Allstate Fire and Casualty Insurance Company. The discovery cut off in the case was March 9, 2017. The dispositive motion deadline was April 10, 2017, and both parties have motions pending before the court.

/ / /

## II. Reason for Extension

The primary basis for Defendant's motion was the potential prejudicial effect the presentation of bad faith evidence would have on the jury if the case was not bifurcated. At the present time, neither party has requested a jury, thereby mooting the potential prejudice and reducing the issues of Fed.R.Civ.P. 42(b) convenience and economy. The parties are considering entering into a stipulation to have the case tried before a jury, and if not, whether Defendant wants to proceed with the motion.

**AGREED AND ACCEPTED:**

DATED this 20th day of April, 2017.          DATED this 20th day of April, 2017.

_____/s/_____          _____/s/_____
Brian P. Clark                                                      John T. Keating
Lukas B. McCourt                                                Nevada Bar No. 6373
Clark McCourt                                                       Keating Law Group
7371 Prairie Falcon Road, Suite 120             9130 W. Russell Road, Suite 200
Las Vegas, NV 89128                                        Las Vegas, NV 89148
Attorneys for Plaintiff                                         Attorney for Defendant

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 4-21-17